JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA ELENA HERNANDEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SELECT PORTFOLIO SERVICING, INC.; BANK OF AMERICA, N.A.; and BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK, AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE ALTERANTIVE LOAN TRUST 2007-HY7C, MORTGAGE PASS THROUGH CERTIFICATES SERIES 2007-HY7C,<br><br>　　　　　Defendants. | CV 15-1896 PA (AJWx)<br><br>JUDGMENT |

　　　　Pursuant to the Court's February 19, 2016 Minute Order dismissing the action brought by plaintiff Maria Elena Hernandez ("Plaintiff") against defendants Bank of New York Mellon, f/k/a The Bank of New York, as trustee, on behalf of the holders of the Alternative Loan Trust 2007-HY7C, Mortgage Pass Through Certificates Series 2007-HY7C, and Bank of America, N.A. (collectively "Defendants"),

　　　　IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that;

　　　　1.　　Plaintiff take nothing;

　　　　2.　　This action is dismissed with prejudice; and

3. Defendants shall recover their costs of suit.

IT IS SO ORDERED.

DATED: February 24, 2016

                                               Percy Anderson
                                UNITED STATES DISTRICT JUDGE